UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ILAPAK, INC., and | : |
| ILAPAK INTERNATIONAL S.A. | : |
|         Plaintiffs, | : |
| | : |
|        v. | :    No. 5:20-cv-01877 |
| | : |
| EDWARD J. YOUNG, | : |
| PFM NA – US DIVISION, INC., and | : |
| SCOT CHIN, | : |
|         Defendants | : |

_____

**O R D E R**

    **AND NOW**, this 29th day of May, 2020, upon consideration motion for preliminary injunctive relief, ECF No. 4, **IT IS ORDERED THAT**:

1. The motion, ECF No. 4, is **GRANTED in part as follows**. Defendants are precluded from the following during the pendency of litigation or upon Court order:

   a. Defendants and their agents are enjoined and restrained from disclosing any of Ilapak's confidential and trade secret information that Defendants Young and Chin acquired from or as a result of their employment with Ilapak, including, information concerning products and specifications (current and forthcoming), proprietary technology advancements and other intellectual property, strategic partnership information, sales and marketing strategies, financial information, client lists, key account lists, prospective client lists, project lists, client strategies, projects and proposals (current and future), personnel performance reviews, planning and strategy information for current and future personnel (the "Confidential Information").

   b. Defendants are precluded from soliciting Ilapak customers or employees utilizing the Confidential Information. However, nothing precludes Defendants from soliciting Ilapak customers or employees so long as the Confidential Information is not utilized.

   c. Defendants are not precluded from disclosing any document, file, or information that is independently disclosed to Defendants by any third-party; derivable from publicly-available information or information generally in the industry without the use of or reference to the Confidential Information; publicly available information or generally known in the industry for reasons other than the disclosure of the Confidential Information; independently developed or obtained without the use or reference of the Confidential Information; and Defendants'

  personal business contacts they may have developed during their former employment with Ilapak so long as Defendants do not utilize the Confidential Information.

2.  In accordance with the provisions of Fed. R. Civ. P. 65(c), Plaintiffs bond posted for the temporary restraining order, *see* ECF Nos. 36 and 45, shall remain in effect.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge